JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEPHEN YAGMAN, | ) | Case No. CV 21-2278 FMO (JCx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| JESSE K. BRAY, et al., | ) | |
| Defendants. | ) | |

**IT IS ADJUDGED** that the above-captioned case is **dismissed with prejudice**.

Dated this 7th day of June, 2021.

                                                              /s/
                                       Fernando M. Olguin
                                   United States District Judge